```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
                                    :
UNITED STATES OF AMERICA            :
                                    :     ORDER
            -v.-                    :
                                    :
ROBERT LENARD BOOTH,                :     S1 21 Cr. 652 (JSR)
    a/k/a "Trevor Nicholas,"        :
MICHAEL D'URSO,                     :
ALYSSA D'URSO,                      :
JAY GARNOCK, and                    :
ANTONELLA CHIARAMONTE,              :
                                    :
            Defendants.             :
                                    :
------------------------------------X
```

Upon the application of the United States, by the United States Attorney for the Southern District of New York, Damian Williams, by Assistant United States Attorney Andrew Jones;

It is found that the Superseding Indictment in the above-captioned action, S1 21 Cr. 652 (JSR), is currently sealed and the United States Attorney's Office has applied to have that Indictment unsealed, and it is therefore

ORDERED that the Superseding Indictment S1 21 Cr. 652 (JSR) in the above-captioned action be unsealed and remain unsealed pending further order of the Court.

Dated:   New York, New York
         February 9, 2022

_____
HONORABLE DEBRA FREEMAN
UNITED STATES MAGISTRATE JUDGE